UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI, | No. 2:23-cv-0199 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff seeks discovery concerning "all related information of any defendant(s) who were members of plaintiff's April 8, 2020, classification committee, all initial classification committee members" and "what they did and did not do during the initial classification committee." ECF No. 28 at 5, 14. Because this case is still at the screening stage and no defendants have been served, plaintiff's request for subpoenas is denied as premature.

Plaintiff is informed that on April 9, 2025, the undersigned screened the first amended complaint and found that plaintiff failed to state any claims against defendants. Id. at 4-9. The undersigned issued findings and recommendations recommending that the case be dismissed without leave to amend because no amendments could fix the issues in the complaint. Id. at 9. These findings and recommendations are pending before the district judge. If the district judge adopts the undersigned's findings and recommendations, the case will be closed and there will be no basis for discovery in this case. If the district judge rejects the findings and recommendations,

1

plaintiff's case will still be at the early screening stage. Until the court deems service appropriate, defendants are served and answer the complaint, and the court issues a discovery and scheduling order, any requests for discovery are premature and will be denied.

        Accordingly, IT IS HEREBY ORDERED that the motion for discovery (ECF No. 28) is DENIED as premature.

DATED: May 12, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE